UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANLEY MARCUS GALYEAN,<br><br>                    Plaintiff,<br><br>       v.<br><br>NORTHWEST TRUSTEE SERVICES INC, et al.,<br><br>                    Defendants. | CASE NO. C13-1359 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

On May 22, 2014, Plaintiff filed a Motion for Permission to Amend Complaint (Dkt. No. 76), seeking permission to file a fourth Amended Complaint in this matter. Plaintiff noted the motion for the same day that it was filed.

Parties are not permitted, except in rare circumstances, to note a motion for decision on the same day it is filed. This permits no time for the opposing parties to respond in opposition to the motion. Plaintiff is referred to the Local Rules for the Western District of Washington,

MINUTE ORDER- 1

which may be found online at http://www.wawd.uscourts.gov/.  While Plaintiff is permitted a certain amount of leniency in his pleadings because of his pro se status, the Court holds him responsible for acquainting himself with the local rules of practice and abiding by them.  If he persists in ignoring those rules, he runs the risk of simply having any non-conforming pleadings struck from the record.

The Court re-notes Plaintiff's Motion for Permission to Amend Complaint to the third Friday following his filing date: **Friday, June 6, 2014.**

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Filed this 22nd day of May, 2014.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER- 2